JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY CHATTANOND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITIBANK, N.A. ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV 15-7734 GHK (AFMx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **60 days**, to reopen the action if settlement is not consummated.

Dated: 9/16/16

_____
GEORGE H. KING
United States District Judge